◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WEST, Appellant. [650 NYS2d 541] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered June 15, 1993, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Defendant's claim that the evidence was insufficient to sustain his conviction of robbery in the second degree given his acquittal of robbery in the first degree is merely a " ' "masked repugnancy argument" ' " that defendant failed to preserve by not raising it prior to the jury's discharge (*People v Smith*, 197 AD2d 373, *lv denied* 82 NY2d 903). In any event, the acquittal on one count does not undermine the weight and sufficiency of the evidence on the count of which defendant was convicted. Concur—Rosenberger, J. P., Rubin, Ross, Tom and Andrias, JJ.

◼ OLEG AKSANOV et al., Respondents, v ST. LUKES-ROOSEVELT HOSPITAL CENTER, Defendant, and ARNOLD H. BELGRAIER, Appellant. [650 NYS2d 541] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about July 11, 1996, which denied defendant-appellant's motion to strike certain responses of plaintiffs' bill of particulars, unanimously affirmed, with costs.

Although responses 8 and 10 of plaintiffs' bill of particulars contain some vague and overbroad boilerplate language, as plaintiffs concede, nevertheless, they do apprise defendant-appellant of the nature of the alleged negligence claim and allow him to prepare for depositions. Defendant-appellant admits that he knows the nature of the claim, and there is no threat of surprise at trial, as the motion court granted him leave to renew his motion to strike, if plaintiffs failed to amend their bill of particulars within 60 days of completion of depositions, to eliminate the surplusage. Concur—Rosenberger, J. P., Rubin, Ross, Tom and Andrias, JJ.